AO 94
(10/82)

## COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

**United States District Court**

DISTRICT: Eastern District of California, Fresno

UNITED STATES OF AMERICA
v.

Dennis Wayne Hohnstein

DOCKET NO.: 1:07-MJ-267-DLB

MAGISTRATE CASE NO.:

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☐ complaint   ☒ Other (specify) Violation of Supervised Release

charging a violation of ___ U.S.C. §

DISTRICT OF OFFENSE: Central District of California

DATE OF OFFENSE: 4-7-06

DESCRIPTION OF CHARGES:

Violation of Supervised Release

BOND IS FIXED AT $ detained

DISTRICT: Eastern District of CA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/14/2007
Date

DENNIS L. BECK, U.S. Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |